# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| JOHANNES CLAUS, | Case No.: 1:19-cv-00197-REP |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CANYON COUNTY, IDAHO, a political subdivision of the State of Idaho, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED with prejudice. The case is also ordered closed.

DATED: March 15, 2022

_____
Honorable Raymond E. Patricco
United States Magistrate Judge

JUDGMENT - 1