Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB #6009
ephillips@rossmanlaw.com
Matthew G. Gunn, ISB #8763
mgunn@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 947-2424
*iCourt efiling only!:* rlg@rossmanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHANNES CLAUS, | **CASE NO. 1:19-cv-00197-REP** |
| Plaintiff, | |
| -vs- | **NOTICE OF APPEAL** |
| CANYON COUNTY, IDAHO, a political subdivision of the State of Idaho, | |
| Defendant. | |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

Notice is hereby given that JOHANNES CLAUS, the Plaintiff in the above matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of the district court granting Defendant's motion for summary judgment entered on March 15, 2022 (Docket No. 60).

**NOTICE OF APPEAL - 1**

## REPRESENTATION STATEMENT

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

CANYON COUNTY, IDAHO

Pamela S. Howland
Benjamin T. Cramer
Idaho Employment Lawyers, PLLC
1112 West Main Street, Unit 105
Boise, ID 83702
Telephone: (208) 484-8921
Facsimile: (208) 534-7445
Email: phowland@idemploymentlawyers.com
          bcramer@idemploymentlawyers.com

JOHANNES CLAUS

Eric S. Rossman, ISB #4573
Erica S. Phillips, ISB #6009
Matthew G. Gunn, ISB #8763
ROSSMAN LAW GROUP, PLLC
350 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 947-2424
Email: erossman@rossmanlaw.com
          ephillips@rossmanlaw.com
          mgunn@rossmanlaw.com

DATED this 8th day of April, 2022.

ROSSMAN LAW GROUP, PLLC

_____
Matthew G. Gunn
Attorneys for Plaintiff

NOTICE OF APPEAL - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th [April] day of ~~March~~, 2022 I caused a true and correct copy of the foregoing to be forwarded with all the required charges prepaid, by the method(s) indicated below to the following persons:

| | |
|---|---|
| Pamela S. Howland<br>Benjamin T. Cramer<br>Idaho Employment Lawyers, PLLC<br>1112 West Main Street, Unit 105<br>Boise, ID  83702<br>(208) 484-8921<br><br>Attorneys for Defendant | Hand Delivery      _____<br>U.S. Mail           _____<br>Facsimile 208-534-7445_____<br>Overnight Mail      _____<br>Electronic Mail       \_\_X\_\_.<br>phowland@idemploymentlawyers.com<br>bcramer@idemploymentlawyers.com |

_____
Matthew G. Gunn

Z:\Work\C\Claus, Johannes\Pleadings\Appeal\Appeal Notice.docx

NOTICE OF APPEAL - 3